492 A.2d 1381

Fred W. PORR, Administrator of the Estate of Pamela Porr, Deceased, Tamra Porr, Fred W. Porr and Gladys Porr

v.

Leonard Raymond VINSKIE

v.

Pamela PORR and Fred W. Porr

v.

Fred W. PORR, Administrator of the Estate of Pamela Porr, Deceased, Tamra Porr, Fred W. Porr and Gladys Porr

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF STATE POLICE.

Appeals of Fred W. PORR, Administrator of the Estate of Pamela Porr, Fred W. Porr, Individually, Gladys Porr and Pamela Porr.

Supreme Court of Pennsylvania.

Argued May 16, 1985.

Decided May 28, 1985.

P. Nelson Alexander, York, for appellant.

Christian S. Erb, Jr., for appellee Raymond Leonard Vinskie.

Richard H. Wix, Harrisburg, for appellee Pamela & Fred Porr.

Mark Garber, Jr., Harrisburg, for appellee Dept. of State Police.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.

FLAHERTY, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the above-captioned appeals are dismissed as having been improvidently granted.